- 7 -

# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Barbara Dubuc, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. |
| ConocoPhillips Company, | § § | |
| Defendant. | § § § | |

## INDEX OF DOCUMENTS FILED

Defendant ConocoPhillips Company submits this Index of Documents Being Filed:

**Exhibit 1:** This index of documents being filed

**Exhibit 2:** Civil Case Information Sheet

**Exhibit 3:** Plaintiff's State Court Petition

**Exhibit 4:** The State Court Docket Sheet

**Exhibit 5:** Corporate Disclosure Statement

- 8 -

- 9 -

Dated: November 15, 2023					Respectfully submitted,

							NORTON ROSE FULBRIGHT US LLP

							  /s/ Brett J. Young
							_____
							Brett J. Young
							State Bar No. 24042203
							brett.young@nortonrosefulbright.com
							J. Devin Wagner
							State Bar No. 24090451
							devin.wagner@nortonrosefulbright.com
							Jay Do
							State Bar No.  24136810
							jay.do@nortonrosefulbright.com
						1301 McKinney, Suite 5100
						Houston, TX  77010-3095
						Telephone:	(713) 651-5151
						Facsimile:	(713) 651-5246

						Attorneys for Defendant ConocoPhillips Company

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

**Patton Law, P.C.**
Keith E. Patton
SBN: 24032821
keith@pattonlaw.com
500 Copper Ave NW, Suite 100
Albuquerque, NM 87102


Attorney for Plaintiff

                                                  /s/ Brett J. Young
                                                    Brett J. Young